UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN YAN LUIS, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>CBI DISTRIBUTING CORP.,<br><br>      Defendant. | 23-CV-07174 (MMG)<br><br>**NOTICE OF REASSIGNMENT** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2024

MARGARET M. GARNETT, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the status update due **March 25, 2024**. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 13, 2024
   New York, New York

                 SO ORDERED.

                 _____
                 MARGARET M. GARNETT
                 United States District Judge